**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Dakota Rail, Inc.,

Plaintiff,

vs.

McLeod County Regional Rail Authority, a Minnesota political corporation,

Defendant.

Civil No. 01-1599 (DSD/JMM)

**STIPULATION AND ORDER FOR DISMISSAL**

---

**STIPULATION**

Plaintiff Dakota Rail, Inc., and Defendant McLeod County Regional Rail Authority, through their undersigned counsel, hereby stipulate that this lawsuit, and all claims and counterclaims that were or could have been asserted herein, shall be dismissed with prejudice and without the award of costs or attorneys' fees to any party.

Dated: December 28, 2001

**FABYANSKE, WESTRA & HART, P.A.**

By: [signature]
Richard G. Jensen (#18990X)
Daniel J. McGarry (#273855)
920 Second Avenue South, Suite 1100
Minneapolis, MN 55402
(612-338-0115)
**ATTORNEYS FOR PLAINTIFF**

FILED 1-2-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 1-2-02
DEPUTY CLERK ______

C:\DOCUME~1\judithk\LOCALS~1\Temp\165565.doc

Dated: December 28th, 2001

KENNEDY & GRAVEN, CHARTERED

By: ______________________

Larry M. Wertheim (#61852)
John M. LeFevre, Jr. (#116014)
200 South Sixth Street
470 Pillsbury Center
Minneapolis, MN 55402
(612) 337-9300

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Pursuant to the foregoing stipulation, it is hereby ordered that this lawsuit, and all claims and counterclaims that were or could have been asserted herein, shall be dismissed with prejudice and without the award of costs or attorneys' fees to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 2, 2002

BY THE COURT:

______________________

David S. Doty
Judge of United States District Court

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500